308 F.2d 367
 UNITED STATES of America, Appellant
v.
Christine GEHRS.
 No. 17138.
 United States Court of Appeals Eighth Circuit.
 Sept. 12, 1962.
 
 Ramsey Clark, Asst. Atty. Gen., Roger P. Marquis and Hugh Nugent, Attys., Dept. of Justice, Washington, D.C. and F. Russell Millin, U.S. Atty., and David M. Proctor, Jr., Asst. U.S. Atty., for appellant.
 Albert J. Yonke, Kansas City, Mo., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed on motion of appellant.